| | |
|---|---|
| 1 | Douglas V. Thornton, Bar #154956 |
| 2 | RUMMONDS | THORNTON, LLP<br>1725 N. Fine Avenue |
| 3 | Fresno, California  93727<br>Telephone (559) 400-8999 |
| 4 | Facsimile (559) 492-3385 |
| 5 | Steven G. Loosle, Utah Bar # 4874 (admitted *pro hac vice*) |
| 6 | Platte S. Nielson, Utah Bar # 13312 (admitted *pro hac vice*)<br>KRUSE LANDA MAYCOCK & RICKS, LLC |
| 7 | 136 East South Temple, Suite 2100<br>P. O. Box 45561 |
| 8 | Salt Lake City, Utah  84145-0561<br>Telephone:  (801) 531-7090 |
| 9 | sloosle@klmrlaw.com; pnielson@klmrlaw.com |
| 10 | Attorneys for Defendants Lodging Dynamics Hospitality Group, LLC, a Utah limited liability |
| 11 | company; Joel Sybrowsky, an individual; Kenneth S. Johnson, an individual; W. Arthur Holman, an individual; and Ryan Sorenson, an individual. |

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

* * *

| | |
|---|---|
| SEON HEE SUH, an individual; SEON HEE, INC.; and HSKY LLC, doing business as MARRIOTT TOWNEPLACE SUITES at CAL EXPO,<br><br>Plaintiffs,<br><br>v.<br><br>LODGING DYNAMICS HOSPITALITY GROUP, a Utah limited liability company; JOEL SYBROWSKY, an individual; KEN JOHNSON, an individual; ARTHUR HOLMAN, an individual; RYAN SORENSON, an individual; and DOES 1-20,<br><br>Defendants. | Case No.:  1:14-CV-01720-JAM-SKO<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE THE HEARING SCHEDULED FOR JANUARY 28, 2015 ON DEFENDANTS' MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT AND PLAINTIFFS' MOTION TO TRANSFER AND CONSOLIDATE TWO CIVIL CASES**<br><br>**HONORABLE JUDGE JOHN A. MENDEZ** |

This matter came before the Court pursuant to Defendants' *Ex Parte* Motion to Continue the Hearing Scheduled for January 28, 2015 on Defendants' Motion to Stay Proceedings Until Resolution of Action Currently Pending in Utah State Court and Plaintiffs'

1

Motion to Transfer and Consolidate Two Civil Cases. The Court having reviewed Defendants' *Ex Parte* Motion and affidavit in support thereof, and having reviewed rule 230(e) of the Local Rules of the United States District Court for the Eastern District of California, and having reviewed Plaintiffs' opposition to Defendants' *Ex Parte* Motion, if any, and for good cause appearing,

**IT IS HEREBY ORDERED as follows:**

1. The hearing on Defendants' Motion to Stay Proceedings Until Resolution of Action Currently Pending in Utah State Court and Plaintiffs' Motion to Transfer and Consolidate Two Civil Cases currently scheduled for January 28, 2015 is continued to March 11, 2015 at 9:30 a.m.

ENTERED THIS 21st day of January, 2015

/s/ John A. Mendez
Honorable Judge John A. Mendez

2

{00278701/1}

**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE THE HEARING SCHEDULED FOR JANUARY 28, 2015 ON DEFENDANTS' MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT AND PLAINTIFFS' MOTION TO TRANSFER AND CONSOLIDATE TWO CIVIL CASES**