Douglas V. Thornton, Bar #154956
RUMMONDS | THORNTON, LLP
1725 N. Fine Avenue
Fresno, California  93727
Telephone (559) 400-8999
Facsimile (559) 492-3385

Steven G. Loosle, Utah Bar # 4874 (admitted *pro hac vice*)
Platte S. Nielson, Utah Bar # 13312 (admitted *pro hac vice*)
KRUSE LANDA MAYCOCK & RICKS, LLC
136 East South Temple, Suite 2100
P. O. Box 45561
Salt Lake City, Utah  84145-0561
Telephone:  (801) 531-7090
sloosle@klmrlaw.com; pnielson@klmrlaw.com

Attorneys for Defendants Lodging Dynamics Hospitality Group, LLC, a Utah limited liability company; Joel Sybrowsky, an individual; Kenneth S. Johnson, an individual; W. Arthur Holman, an individual; and Ryan Sorenson, an individual.

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

* * *

| | |
|---|---|
| SEON HEE SUH, an individual; SEON HEE, INC.; and HSKY LLC, doing business as MARRIOTT TOWNEPLACE SUITES at CAL EXPO,<br><br>Plaintiffs,<br><br>v.<br><br>LODGING DYNAMICS HOSPITALITY GROUP, a Utah limited liability company; JOEL SYBROWSKY, an individual; KEN JOHNSON, an individual; ARTHUR HOLMAN, an individual; RYAN SORENSON, an individual; and DOES 1-20,<br><br>Defendants. | Case No.:  1:14-CV-01720-JAM-SKO<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT**<br><br>**HONORABLE JUDGE JOHN A. MENDEZ** |

Defendants' Motion to Stay Proceedings until Resolution of Action Currently Pending in Utah State Court came before the Court for consideration on March 11, 2015 at 9:30 a.m. Steven G. Loosle appeared on behalf of Defendants. Judith Suh appeared on behalf of

Plaintiffs; however, she appeared late, after the hearing had concluded. Based upon good cause shown and the pleadings on file herein, the Court hereby orders as follows:

    1. Defendants' motion for a stay is granted until the resolution of the case proceeding in Utah;

    2. Within ten days of the ruling of the appellate court in Utah on the issue of personal jurisdiction, the parties shall submit a status report to the Court;

    3. Counsel for Plaintiffs is ordered to submit a declaration within ten days showing cause why she should not be sanctioned for failure to appear timely at the hearing.

ENTERED THIS 30th day of March, 2015.

BY THE COURT:

/s/ John A. Mendez
Honorable Judge John A. Mendez

Approved as to form:

_____
Judith Suh
*Attorney for Plaintiffs*

2
{00288216/1}

**ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT has been served by email this 13th day of March, 2015 on the following:

> Judith Suh, Esq.
> Law Offices of Judith Suh
> 1680 W. Alluvial Avenue
> Fresno, CA  93711
> Email:  judy.suh@me.com

/s/Lynn Javadi

3

{00288216/1 }

**ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS UNTIL RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT**